UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:16-CV-00153-GNS

VELMA ENGLAND                                                                        PLAINTIFF

v.

THE HARTFORD FINANCIAL
GROUP, INC.                                                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court on Defendant Hartford Financial Group, Inc.'s Motion to Dismiss (DN 7). On May 17, 2017, the Court ordered that this motion be held in abeyance to permit Plaintiff to amend the Complaint. (Mem. Op. & Order 7, DN 12). On July 20, 2017, Plaintiff filed the Amended Complaint in which she asserted a claim under the Employee Retirement Income Security Act, 29 U.S.C. §1132(a)(1)(B). (Am. Compl. ¶ 1, DN 16). On August 3, 2017, Defendant filed its Answer. (Answer, DN 20).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (DN 7) is **DENIED AS MOOT**.

**Greg N. Stivers, Judge**
**United States District Court**
September 12, 2017

cc:   counsel of record

1